GEORGE RICHTER, Respondent, v. EDWARD R. GERKEN and MARY GERKEN, Appellants, and Others, Defendants.— Order striking out answer and granting judgment in favor of plaintiff and against defendants Gerken affirmed by default, with ten dollars costs and disbursements. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.▉

S. & N. TRADING CORPORATION, Appellant, v. AMAZON BUILDING CORPORATION and Others, Defendants, and CHARLES GROSCH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ROSE SMITH, Appellant, v. GLOBE INDEMNITY COMPANY, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence. Lazansky, P. J., Young, Kapper and Scudder, JJ., concur; Hagarty, J., dissents and votes to affirm.

EUGENE C. STOLL, Appellant, v. CHARLES HESSEN, Defendant, and WILLIAM BUNDESEN and ANTON NADVORNIK, Respondents.— Judgments of the County Court of Suffolk county reversed upon the law and the facts and a new trial ordered, costs to appellant to abide the event, upon the grounds stated in *Stoll* v. *Hessen* (*post*, p. 778), decided herewith. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

NETTIE STOLL, Appellant, v. CHARLES HESSEN, Defendant, and WILLIAM BUNDESEN and ANTON NADVORNIK, Respondents.— Judgments of the County Court of Suffolk county reversed upon the law and the facts and a new trial ordered, costs to appellant to abide the event. This action was brought by the plaintiff to recover damages for personal injuries claimed to have resulted from the negligence of the respondents, employees of defendant Hessen. The complaint was dismissed at the close of the plaintiff's case on the ground that the respondents, as agents or servants, were not liable. The acts, alleged and proved, constituted misfeasance, for which the respondents may be held liable in damages. While the plaintiff may have treated the acts of the servants as the acts of the master, the action was not instituted upon that theory. (See *Judson* v. *Fielding*, 227 App. Div. 430; *Murray* v. *Usher*, 117 N. Y. 542.) Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

WALTER A. WARD, Respondent, v. TRAUTS REALTY CORPORATION, Defendant, and JOURNAL OF COMMERCE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.